UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CRESTWOOD TECHNOLOGY GROUP CORP., :

                               : Civil Action No: 17 Civ. 8283 (KMK)

                Plaintiff,      :

                               : **PROPOSED ORDER**

        v.                          :

                               :

PATRICK DUNN,                    :

                Defendant      :

---------------------------------------------------------------x

       **WHEREAS,** Plaintiff, Plaintiff, Crestwood Technology Group, Corp. ("CTG"), filed a summons and complaint along with a motion for a preliminary injunction on October 26, 2017;

       **WHEREAS**, the summons and complaint along with the motion papers were served upon Defendant, Patrick Dunn, on November 1, 2017;

       **WHEREAS**, Defendant has failed to oppose said motion;

       **NOW THEREFORE**, after the Court having read the motion for a preliminary injunction, along with the affidavits attached thereto and the exhibits to the affidavits, as well the memorandum of law in support of said motion and after due deliberation,

       **IT IS HEREBY ORDERED AND DECREED THAT**

       1.    Defendant Patrick Dunn is prohibited and enjoined from using any CTG's confidential, proprietary, and trade secret information;

       2.    Defendant Dunn shall return all stolen confidential, proprietary and trade secret information in his possession to CTG, including all documents and e-mails, within seven (7) days of the date of this Order;

3.     Defendant Dunn is prohibited and enjoined from contacting or soliciting any CTG client or customer or prospective customer for a period of one year from the date of this Order;

4.     Defendant Dunn shall to return the CTG cell phone and take all necessary steps to have cell phone number (443) 253-9669 be transferred back to CTG within seven days of the date of this Order.

Any violation by Defendant Dunn of this Order shall subject him to sanctions from this Court and other necessary relief to effectuate this Order.

Dated:   11/29/17

So Ordered:

Hon. Kenneth M. Karas
United States District Judge