IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESTWOOD TECHNOLOGY GROUP CORPORATION | * |
| Plaintiff | * |
| v. | *   Civil case No.: 7:17-cv-08283 |
| PATRICK DUNN | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S MOTION TO VACATE THE ORDER GRANTING PRELIMINARY INJUNCTION FOR LACK OF PERSONAL JURISDICTION OVER THE DEFENDANT DUE TO INSUFFICIENT SERVICE OF PROCESS**

Now comes Defendant, Patrick Dunn, **PRO SE**, and request this Court to Vacate the Order Granting a Preliminary Injunction date November 29, 2017 and for reasons state as follows:

**LACK OF PERSONAL JURISDICTION**

Defendant contests the validity of the affidavit of service, wherein Process Server, Ashlee Flagg, attest that she personally served me on November 1, 2017. In fact, while Defendant was out of town, she left the papers inside Defendant's front storm door, located at 22 Goucher Wood Court, Towson, MD 21286. This front door is rarely used as ingress and egress by his family as they usually use the side door located in the garage. Notwithstanding this paragraph the Defendant does not waive the lack personal jurisdiction over the Plaintiff due to insufficient service of process.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to Vacate the Order Granting a Preliminary Injunction dated November 29, 2017; and for such further relief the nature of this cause may require.

Respectfully submitted,

_[signature]_
Patrick Dunn
22 Goucherwood Court
Towson, MD 21286
443-253-9669
oriolespkd@gmail.com
**Defendant Pro Se**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 30th day of November 2017, a copy of the foregoing Motion to Transfer and Vacate Preliminary Injunction lack of process was mailed postage prepaid to the following: Overnight:

George F. Brenlla, Esq.
90 Park Ave., 17th Floor
New York, New York, 10016
212-364-5173

_[signature]_
Patrick Dunn

**extremely Urgent**

This envelope is for use with the following services: UPS Next Day Air®

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.



SHIP TO:
CIVIL CLERK, PRO SE FILING
999999999
US DIST COURT FOR THE SOUTHERN DIST N.Y.
500 PEARL ST
NEW YORK NY 10007

PATRICK DUNN
410-783-1555
C/O FLASH MAIL
822 GUILFORD AVE
BALTIMORE, MD 21202

UPS NEXT DAY AIR
TRACKING #: 1Z X21 202 01 9468 7737

BILLING: P/P
DESC: Package

Reference No.1: 2569331

XOL 17.11.06         NV45 93.0A 10/2017