

January 25, 2018

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

                     Re: *Crestwood Technology Group Corp. v. Patrick Dunn*
                           Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

       This law firm represents the Plaintiff, Crestwood Technology Group Corp., in the above-referenced matter.

       At yesterday's conference, Your Honor instructed me to write the Court a letter indicating whether I received the supplemental documents submitted by Defendant, Patrick Dunn. I did receive the supplemental documents, which included reply papers to the motion for reconsideration, motion to dismiss for insufficient service and motion to transfer. In light of Your Honor's ruling denying Defendant's motions to dismiss for insufficient service and to transfer the case, Plaintiff requests until February 1, 2018 to respond to Defendant's reply papers in connection with his motion for reconsideration.

       If you should have any questions, please do not hesitate to contact the parties.

                                          Respectfully submitted,

                                          BRENLLA, LLC

                     By: _____
                                          George F. Brenlla

cc: Patrick Dunn

BRENLLA, LLC
90 Park Avenue, 17th Floor
New York, New York 10016
Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com