UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRESTWOOD TECHNOLOGY GROUP, CORP.,

                Plaintiff,

-v-

PATRICK DUNN,

                Defendant.

No. 17-CV-8283 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For reasons explained on the record at the Conference on February 8, 2018, Defendant's Motion For Reconsideration and Motion For Sanctions are denied. The Clerk of the Court is respectfully requested to terminate the pending Motions. (Dkt. Nos. 21, 38.)

    The Clerk of the Court is directed to mail a copy of this Order to Defendant.

SO ORDERED.

DATED:    February 14, 2018
               White Plains, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE