

# BRENLLA
## LAW FIRM

April 3, 2018

**<u>VIA ECF</u>**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

> Re:   *Crestwood Technology Group Corp. v. Patrick Dunn*
>       Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

      This law firm represents the Plaintiff, Crestwood Technology Group Corp. ("CTG"), in the above-referenced matter.

      By Order dated November 29, 2017, Your Honor issued an Order prohibiting Defendant Patrick Dunn from contacting or soliciting CTG's customers.  Contrary Your Honor's Order, Defendant has placed sixteen (16) phone calls to CTG's customer:  15 of the calls occurred after the issuance of the Order.  Furthermore, Defendant has text messages CTG's customer on 303 separate occasions: 233 messages occurred after the issuance of the Order. These calls and the number of text messages were ascertained from Verizon phone company records.  CTG respectfully requests a hearing for sanctions, attorneys' fees, the striking of Defendant's Answer and other remedies for Defendant's willful non-compliance of the Court's Order.  CTG has also made an application to Magistrate Smith for inspection of Defendant's telephone that was used for these phone calls and text messages.

      If you should have any questions, please do not hesitate to contact the parties.

Respectfully submitted,

BRENLLA, LLC

By: _____
George F. Brenlla

cc:  Patrick Dunn

**BRENLLA, LLC**
90 Park Avenue, 17th Floor
New York, New York 10016

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com