Hon. Lisa Margaret Smith  
United States Magistrate Judge  
United States District Court  
300 Quarropas Street  
White Plains, NY 10601  

Re: Crestwood Technology Group v. Patrick Dunn  
Civil Action No:  17 Civ. 8283 (KMK)

Dear Judge Smith,

 I am Patrick Dunn representing myself pro se in the above referenced matter.  I received correspondence from the plaintiff's attorney on 4/3/18 requesting that I turn over my personal cell phone for inspection.  This is my private cell phone with all my personal correspondence and information that should not be available to the plaintiff.  I have had this number for over 20 years as documented in my answer to the complaint.  I purchased this cell phone in Sept/17 as documented in my answer to the complaint.  This is way too broad and the plaintiff has not established any other significant information that would warrant this type of action.  My personal privacy would be in jeopardy here.  Please do not allow this to be granted.  Thank you for your consideration.

Regards,

Patrick Dunn

22 Goucher Woods Ct  
Towson, MD 21286  
443-253-9669