April 19, 2018  
Hon. Lisa Margaret Smith  
United States Magistrate Judge  
United States District Court  
300 Quarropas Street  
White Plains, NY 10601  

Crestwood Technology Group Corp. v. Patrick Dunn  
Civil Action No: 17Civ. 8283 (KMK)

Dear Judge Smith:

I am Patrick Dunn (Pro Se), the Defendant in the above referenced matter responding to the correspondence sent by Plaintiff's attorney George Brenlla asking the court to strike Defendant's answer for willful noncompliance of automatic disclosures. As discussed with Your Honor during our conference in your chambers, I have no attorney and am struggling to keep up with this legal process. I have no resources to depose any witnesses, I was not aware that I had to make that known to the Plaintiff. I apologize for any inconvenience it may have caused this court. There was no malicious intent on my part, I simply lack any understanding of the procedures and processes.

Respectfully,

Patrick Dunn  
*/s/ Patrick Dunn/*  
22 Goucher Woods Ct.  
Towson, MD 21286  
443-253-9669