

# BRENLLA
### LAW FIRM

**MEMO ENDORSED**

May 14, 2018

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

The Clerk of the Court is directed to mail a copy of this Order to the ~~Plaintiff~~ Defendant

Re: *Crestwood Technology Group Corp. v. Patrick Dunn*
Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

This law firm represents the Plaintiff, Crestwood Technology Group Corp. ("CTG"), in the above-referenced matter.

By Order dated November 29, 2017, Your Honor issued an Order prohibiting Defendant Patrick Dunn from contacting or soliciting CTG's customers. Subsequently, CTG presented this Court and Magistrate Smith with evidence that Defendant was violating this Court's order by contacting CTG's customers. Magistrate Smith ordered Defendant to disclose his cell phone so CTG can determine its contents and whether further violations of the Court order existed. Defendant has not complied with any Court order, has not disclosed his cell phone and has not complied with discovery orders. Rather, Defendant appears to have filed for bankruptcy. I received a notice of bankruptcy filing last week. (I have attached it hereto). Despite the apparent bankruptcy filing, Defendant cannot continue to violate this Court's Order and solicit CTG's customers. Further, Defendant must still comply with Magistrate Smith's orders regarding his cell phone. The filing of bankruptcy does not absolve Defendant from the willful violations of the Court's orders. Thus, CTG respectfully requests that this Court hold Defendant in contempt of Court until the Court's orders are complied with.

If you should have any questions, please do not hesitate to contact the parties.

The Court will hold a hearing on June 6, 2018, at 3:30. Mr. Dunn is to appear in person at this hearing.

So Ordered.

Respectfully submitted,

BRENLLA, LLC

By: _____
George B. Brenlla

cc: Patrick Dunn

MK
5/14/18

**BRENLLA, LLC**
250 Park Avenue, 7th Floor
New York, New York 10177

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Patrick K. Dunn** | | Social Security number or ITIN | 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 |
| | First Name   Middle Name   Last Name | | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | ____ |
| | | | EIN | __-_____ |
| United States Bankruptcy Court   **District of Maryland** | | | Date case filed for chapter 7   5/2/18 | |
| Case number:   **18-15937 RAG**   Chapter: 7 | | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline          12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Patrick K. Dunn | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 22 Goucher Woods Court<br>Towson, MD 21286 | |
| 4. | Debtor's attorney<br>Name and address | Robert M. Stahl IV<br>Robert M. Stahl, LLC<br>1142 York Road<br>Lutherville, MD 21093 | Contact phone (410) 825-4800<br>Email: StahlLaw@comcast.net |
| 5. | Bankruptcy trustee<br>Name and address | Brian A. Goldman<br>Goldman & Goldman, P.A.<br>Foxleigh Building<br>2330 West Joppa Road, Suite 300<br>Lutherville, MD 21093 | Contact phone (410) 296-0888<br>Email: None |

For more information, see page 2 >

Debtor **Patrick K. Dunn**          Case number **18-15937**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Visit http://www.mdb.uscourts.gov for court hours<br><br>Contact phone (410) 962-2688<br><br>Date: 5/2/18 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**101 W. Lombard Street, Garmatz Courthouse, 2nd Fl., #2650, Baltimore, MD 21201** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>You must file a motion:<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/6/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticing or DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. | |