

May 21, 2018

<u>VIA ECF</u>
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

                        Re:   *Crestwood Technology Group Corp. v. Patrick Dunn*
                               Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

      This law firm represents the Plaintiff, Crestwood Technology Group Corp. ("CTG"), in the above-referenced matter.

      Your Honor scheduled a hearing for June 6, 2018 at 3:30 pm due to Defendant's non-compliance with Court orders. Due to prior commitments, I am not available on either June 6 or June 7. CTG respectfully requests that the hearing be rescheduled. I am available June 4, 5, 8, 11, 12, 13, 14 or 15th. I apologize for any inconvenience.

      If you should have any questions, please do not hesitate to contact the parties.

                                        Respectfully submitted,

                                        BRENLLA, LLC
                        By:   _____
                                        George F. Brenlla

cc: Patrick Dunn

BRENLLA, LLC
90 Park Avenue, 17th Floor
New York, New York 10016

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com