

# BRENLLA
## LAW FIRM

May 21, 2018

**MEMO ENDORSED**

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

           Re:    *Crestwood Technology Group Corp. v. Patrick Dunn*
                   Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

       This law firm represents the Plaintiff, Crestwood Technology Group Corp. ("CTG"), in the above-referenced matter.

       Your Honor scheduled a hearing for June 6, 2018 at 3:30 pm due to Defendant's non-compliance with Court orders. Due to prior commitments, I am not available on either June 6 or June 7. CTG respectfully requests that the hearing be rescheduled. I am available June 4, 5, 8, 11, 12, 13, 14 or 15th. I apologize for any inconvenience.

       If you should have any questions, please do not hesitate to contact the parties.

                                   Respectfully submitted,

                                   BRENLLA, LLC

                    By:   */s/ George F. Brenlla*
                                 George F. Brenlla

cc: Patrick Dunn

*[Handwritten endorsement:]* Before the Court will re-schedule the hearing, Plaintiff is to advise the Court if Plaintiff is seeking to lift the stay before any hearing related to Mr. Dunn's noncompliance can go forward. So ordered.

KMK 5/21/18

---

**BRENLLA, LLC**
90 Park Avenue, 17th Floor
New York, New York 10016

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com