

May 23, 2018

**<u>VIA ECF</u>**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

        Re: *Crestwood Technology Group Corp. v. Patrick Dunn*
           Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

   This law firm represents the Plaintiff, Crestwood Technology Group Corp. ("CTG"), in the above-referenced matter.

   Pursuant to Your Honor's request, I write to inform you that CTG has retained counsel in Baltimore, MD and will be filing a petition to lift the stay in the bankruptcy case file by Defendant. We anticipate that the petition will be filed by the end of next week. I will certainly provide the Court with courtesy copies of the petition.

   If you should have any questions, please do not hesitate to contact the parties.

               Respectfully submitted,

               BRENLLA, LLC

         By: _____
               George F. Brenlla

cc: Patrick Dunn

BRENLLA, LLC
90 Park Avenue, 17th Floor
New York, New York 10016
Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com