Received KMK
9/28/2018

9/27/18

Hon. Kenneth M. Karas  
United States District Judge  
United States District Court  
300 Quarropas Street  
White Plains, NY 10601

Crestwood Technology Group v. Patrick Dunn  
Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas,

    I am Patrick Dunn the (Pro Se) defendant in the above matter. I do not have the ability or resources to defend the litigation any further and will unfortunately accept the default in this matter. I respectfully request an inquest on damages.

Regards,

Patrick Dunn

22 Goucher Woods Ct  
Towson, MD 21286

**PRESS FIRMLY TO SEAL**

on:
Judge Karas

# PRIORITY
## ★ MAIL ★
## EXPRESS

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )
Patrick Dunn
22 Gourley Woods Ct.
Towson MD 21286

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
United States District
300 Quarropas St.
White Plains, NY 10601

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 21014 | 9-28-18 | $ 24.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 9-27-18 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $ |
| Time Accepted ☐ AM ☑ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 3 | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 24.70 | |
| Weight   ☐ Flat Rate | Acceptance Employee Initials | | |
| 2 lbs. ozs. | W | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY

10601   c/o Judge Karas

U.S. POSTAGE PAID
PME 1-Day
BEL AIR, MD
21014
SEP 27, 18
AMOUNT
**$24.70**
R2304M114392-07

1007   10601

EE 117521578 US

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

RECEIVED
SDNY DOCKET UNIT
2018 OCT -2 PM 2:11

SEP 28 2018

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.