

# BRENLLA
## LAW FIRM

October 4, 2018

**MEMO ENDORSED**

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

            Re:   *Crestwood Technology Group Corp. v. Patrick Dunn*
                   Civil Action No: 17 Civ. 8283 (KMK)

Dear Judge Karas:

       This law firm represents the Plaintiff, Crestwood Technology Group Corp. ("CTG"), in the above-referenced matter.

       In his letter to the Court, Defendant requests a default judgment. Plaintiff respectfully requests that this Court strike Defendant's Answer, sanction Defendant for his willful disregard for this Court's various Orders, including violating this Court's preliminary injunction Order and grant CTG a judgment for conduct that occurred before Defendant filed a petition for bankruptcy and for conduct that occurred after he filed for bankruptcy. Further, since Defendant failed to comply with any discover order, failed to appear for a deposition, failed to submit his cell phone for inspection as per Magistrate Smith's Order, Defendant should not be able to contest any application for judgment and/or the amount of judgment.

       If you should have any questions, please do not hesitate to contact the parties.

*[Handwritten endorsement:]* Plaintiff is to submit a Proper Order to Show Cause for a Default Judgment. So Ordered. /s/ KMK 10/4/18

Respectfully submitted,

BRENLLA, LLC

By: _____
George F. Brenlla

cc: Patrick Dunn

The Clerk of the Court is directed to mail a copy of this Order to the ~~Plaintiff~~ *Defendant.*

**BRENLLA, LLC**
250 Park Avenue, 7th Floor
New York, New York 10177

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com